## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## EL DORADO DIVISION

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

v.                                    **Case No. 1:24-CR-10004-001**

**INSHIQAQ QALAM QIYAMA II**                                    **DEFENDANT**

## ORDER OF DETENTION

Having conducted a detention hearing on April 10, 2026, pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143, the Court, finds that Defendant's request to be released pending a revocation hearing is **DENIED** and **ORDERS** the above-named defendant detained pending final revocation hearing in this matter.

**A.**     **Statement of Reasons for the Detention**

The Court orders the defendant's detention because it finds:

| X | The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee or appear as ordered;

| X | The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to pose a danger to the safety of any other person of the community if released under 18 U.S.C. § 3142(b) or (c);

| X | I further find the Defendant is not likely to comply with any condition of release imposed by the Court. The Court finds that there is probable cause to believe the Defendant has committed additional criminal offenses while on Supervised Release and has a history of failing drug screens. Further, the Court finds defendant likely left the district without permission and recently fled from law enforcement.

The above findings are based on the reasons stated on the record at the conclusion of the hearing in this matter.

B.      **Additional Directives**

The further Court directs that:

The defendant be committed to the custody of the United States Marshal to be brought back to Court for any hearing subsequently scheduled; and the defendant be afforded reasonable opportunity for private consultation with counsel.

**IT IS SO ORDERED**.

**SIGNED this 10th day of April, 2026.**

HONORABLE SPENCER G. SINGLETON
UNITED STATES MAGISTRATE JUDGE

2